UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PICTURE PATENTS, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No. 1:08cv264 |
| MONUMENT REALTY, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## AMENDED CONSENT MOTION FOR EXTENSION OF TIME

Defendant, Monument Realty, LLC ("Monument Realty"), by counsel, and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(f)(2), seeks an extension of fourteen days, until May 19, 2008, to file its responsive pleadings to Plaintiff's Complaint. In support of its Motion, Monument Realty states as follows:

1. On March 19, 2008, Plaintiff, Picture Patents, LLC ("Picture Patents") filed its Complaint against Monument Realty.

2. On April 15, 2008, Monument Realty was served with the Complaint.

3. Counsel for Picture Patents has advised Monument Realty that it consents to Monument Realty's request for an extension.

4. Attached to Monument Realty's Motion is a draft Order for the Court.

WHEREFORE, for the reasons stated herein, Monument Realty respectfully requests the Court grant an extension of time, until May 19, 2008, in which to file its responsive pleadings to the Complaint.

Date: May 6, 2008                     Respectfully submitted,


_____/s/_____
Jennifer E. Dure (Va. Bar No. 48247)
HOLLAND & KNIGHT LLP
1600 Tysons Blvd., Suite 700
McLean, Virginia 22102
Telephone: 703-720-8600
Facsimile: 703-720-8610
jennifer.dure@hklaw.com

*Counsel for Defendant Monument Realty, LLC*


_____/s/_____
Paul F. Brinkman (Va. Bar No. 35950)
ALSTON & BIRD LLP
950 F St. NW
Washington, DC 20005
Telephone: 202-756-3300
Facsimile: 202-756-3333
paul.brinkman@alston.com

Of Counsel
Robert E. Straight II
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20005
202-756-3300
202-756-3333 (fax)
rob.straight@alston.com

*Counsel for Plaintiff Picture Patents, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Paul F. Brinkman
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20005
202-756-3300
202-756-3333 (fax)
paul.brinkman@alston.com

*Counsel for Plaintiff Picture Patents, LLC*

I also hereby certify that on May 6, 2008, I caused a copy of the foregoing Consent Motion for Extension of Time to be delivered to the following non-filing user by email and U.S. mail:

Robert E. Straight II
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20005
202-756-3300
202-756-3333 (fax)
rob.straight@alston.com

*Of Counsel for Plaintiff Picture Patents, LLC*

                                         /s/
                              Jennifer E. Dure (Va. Bar No. 48247)
                              HOLLAND & KNIGHT LLP
                              1600 Tysons Blvd., Suite 700
                              McLean, Virginia 22102
                              Telephone: 703-720-8600
                              Facsimile: 703-720-8610
                              jennifer.dure@hklaw.com

                              *Counsel for Defendant Monument Realty, LLC*

# 5317855_v1