UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PICTURE PATENTS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 1:08cv264 |
| MONUMENT REALTY, LLC, | ) |
| Defendant. | ) |

## CONSENT MOTION FOR EXTENSION OF TIME

Parties, Plaintiff, Picture Patents LLC and Defendant, Monument Realty, LLC ("Monument Realty"), by counsel, and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(f)(2), seek an extension of fourteen days, until June 2, 2008, for Monument Realty to file responsive pleadings to Plaintiff's Complaint. In support of the Motion, Parties states as follows:

1. On March 19, 2008, Plaintiff, Picture Patents, LLC ("Picture Patents") filed its Complaint against Monument Realty.

2. On April 15, 2008, Monument Realty was served with the Complaint.

3. Counsel for Monument Realty and Picture Patents conferred and agreed on an extension of time to file responsive pleadings.

4. The Parties are actively pursuing settlement, and believe the proposed extension will facilitate settlement discussions.

5. Attached to the Consent Motion is a draft Order for the Court.

WHEREFORE, for the reasons stated herein, Monument Realty respectfully requests the Court grant an extension of time, until June 2, 2008, in which to file its responsive pleadings to the Complaint.

Date: May 16, 2008                    Respectfully submitted,

        /s/
Paul F. Brinkman (Va. Bar No. 35950)
ALSTON & BIRD LLP
950 F St. NW
Washington, DC 20005
Telephone: 202-756-3300
Facsimile: 202-756-3333
paul .brinkman @ alston.com

Of Counsel
Robert E. Straight II
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20005
202-756-3300
202-756-3333 (fax)
rob.straight@alston.com

*Counsel for Plaintiff Picture Patents, LLC*


        /s/
Jennifer E. Dure (Va. Bar No. 48247)
HOLLAND & KNIGHT LLP
1600 Tysons Blvd., Suite 700
McLean, Virginia 22102
Telephone: 703-720-8600
Facsimile: 703-720-8610
jennifer.dure@hklaw.com

*Counsel for Defendant Monument Realty, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Paul F. Brinkman
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20005
202-756-3300
202-756-3333 (fax)
paul.brinkman@alston.com

*Counsel for Plaintiff Picture Patents, LLC*

I also hereby certify that on May 16, 2008, I caused a copy of the foregoing Consent Motion for Extension of Time to be delivered to the following non-filing user by email and U.S. mail:

Robert E. Straight II
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20005
202-756-3300
202-756-3333 (fax)
rob.straight@alston.com

*Of Counsel for Plaintiff Picture Patents, LLC*

                                                /s/
                                    Jennifer E. Dure (Va. Bar No. 48247)
HOLLAND & KNIGHT LLP
1600 Tysons Blvd., Suite 700
McLean, Virginia 22102
Telephone: 703-720-8600
Facsimile: 703-720-8610
jennifer.dure@hklaw.com

*Counsel for Defendant Monument Realty, LLC*

# 5344670_v1